COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Rodrick Dow d/b/a Rodrick Dow PC

Appellate case number:    01-13-00806-CV

Trial court case number:  977557

Trial court:              County Civil Court at Law No. 4 of Harris County

This is an appeal from a judgment signed on August 22, 2013. Appellant filed his notice of appeal on September 17, 2013. *See* TEX. R. APP. P. 26.1. The record was due on October 21, 2013. *See* TEX. R. APP. P. 4.1(a), 35.1. The clerk's record was filed on September 30, 2013. The reporter's record has not been filed.

On October 30, 2013, the Clerk notified appellant that the court reporter responsible for preparing the record in this appeal had informed the Court that appellant had not requested preparation of the record or had not made arrangements to pay for the reporter's record. The Clerk further notified appellant that unless appellant provided proof of having made payment arrangements for the reporter's record, or a response showing that he was exempt from paying for the reporter's record by December 2, 2013, the Court may consider and decide only those issues or points that do not require a reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant has not provided the Court with evidence showing that he has paid or made arrangements to pay the court reporter. Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id.*

On December 4, 2013, appellant filed a motion for extension of time to file appellant's brief. However, appellant's brief is not yet due. *See* TEX. R. APP. P. 38.6(a). Appellant's motion is dismissed as moot.

Appellant's brief is **ORDERED** filed with this Court within 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, must be filed within 30 days after the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ <u>Justice Evelyn Keyes</u>

☒ Acting individually ☐ Acting for the Court

Date: December 12, 2013